JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE SCOTT STEWART, | ) | Case No. CV 08-2992-PSG  (OP) |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| W. J. SULLIVAN, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that  Judgment be entered  (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED:  08/21/08

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge